**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01052-CR

**RONALD TERRELL FLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-11185-M**

## ORDER

On May 1, 2014, this Court ordered court reporter Belinda Baraka to file the complete reporter's record within fifteen days. To date, Ms. Baraka has not filed the record. The appeal cannot proceed until the reporter's record is filed.

Accordingly, we **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the complete reporter's record, including exhibits, within **FIFTEEN DAYS** of the date of this order. If the record is not filed within the time specified, the Court will order that Belinda Baraka not sit as a court reporter until the complete record, including all exhibits, is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/    DAVID EVANS
       JUSTICE